**RECEIVED**

1-28-2008

JAN 28 2008 *new*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*Harold Robinson*

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

*Micheal Sheeah*

*Tom Dart*

*Cook County Medical Staff*

*Cook County Officers*

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**08CV604**
**JUDGE ZAGEL**
**MAGISTRATE JUDGE COLE**

Case No. _ _ _ _ _ _ _ _ _ _
(To be supplied by the <u>Clerk of this Court</u>)

CHECK ONE ONLY:

___X___   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.    **Plaintiff(s):**

    A.    Name: _HAROLD Robinson_

    B.    List all aliases: _Tyrone Willis James Stevens_

    C.    Prisoner identification number: _N-71454_

    D.    Place of present confinement: _Robinson Correctional Center_

    E.    Address: _P.O. Box 900 Robinson IL 62454_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II.    **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _N/A_

        Title: _N/A_

        Place of Employment: _N/A_

    B.    Defendant: _N/A_

        Title: _N/A_

        Place of Employment: _N/A_

    C.    Defendant: _N/A_

        Title: _N/A_

        Place of Employment: _N/A_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III.    **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A.    Is there a grievance procedure available at your institution?    *N/A*

YES ( )  NO ( )  If there is no grievance procedure, skip to F.

B.    Have you filed a grievance concerning the facts in this complaint?

YES ( )  NO (X)

C.    If your answer is **YES**:

1.    What steps did you take?

_____ *N/A* _____

_____

_____

2.    What was the result?

_____

_____

_____

3.    If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D.    If your answer is **NO**, explain why not:

_____

_____

_____

E.    Is the grievance procedure now completed?   YES ( )   NO ( )   *N/A*

F.    If there is no grievance procedure in the institution, did you complain to authorities?   YES (✗)   NO ( )

G.    If your answer is **YES**:

1.    What steps did you take?   *Told staff about incident*

2.    What was the result?   *Got beat up by officers*

H.    If your answer is **NO**, explain why not:

*This incident took place in Cook County Jail and ~~thing~~ to my knowledge their was no grievance procedure in place. I complained about incident to staff, ~~and~~ which led to me getting beaten up by officers.*

**IV.**   **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):**

A.   Name of case and docket number: _____ *N/A* _____

B.   Approximate date of filing lawsuit: _____ *N/A* _____

C.   List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____ *N/A* _____

D.   List all defendants: _____
_____ *N/A* _____

E.   Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ *N/A* _____

F.   Name of judge to whom case was assigned: _____ *N/A* _____

G.   Basic claim made: _____ *N/A* _____

H.   Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ *N/A* _____

I.   Approximate date of disposition: _____ *N/A* _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

## V.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe precisely how each defendant is involved.  Include also the names of other persons involved, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

While being processed into Cook County Jail on numerous times, I was subjected to STD testing which involved the insertion of a "steel" swab into the head of my penis. Which I did not consent to. Which violated my Fourth and Fourteenth Amendment Rights. These incidents happened on and around these dates.

March - 1987

Jan - 1989

April - 1991

Aug. - 1991

June - 1992

Nov. - 1998

Sep. - 1999

Aug. - 2000

Preformed by medical staff at Cook County Jail and overseen by sheriffs officers all parties

6

involved Acted under color under The State.

**VI.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

_MONETARY  COMPENSATION  -  $ 1,000,000.00_

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this
Complaint are true to the best of my knowledge, information and
belief.  I understand that if this certification is not correct, I may be
subject to sanctions by the Court.

Signed this ___28___ day of _JAN._ , 20 _08_

_Harold Robinson_
(Signature of plaintiff or plaintiffs)

_HAROLD  ROBINSON_
(Print name)

_N-71459_
(I.D. Number)

_P.O. BOX 900_
_Robinson. IL. 62454_
(Address)