# PRISONER CASE

**FILED**

*NB*

JAN 2 8 2008

*1-28-2008*

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** HAROLD ROBINSON

**Defendant(s):** MICHEAL SHEEAN, et al.

**County of Residence:** CRAWFORD

**County of Residence:**

**Plaintiff's Address:**

Harold Robinson
N-71459
Robinson - RCC
P.O. Box 900
Robinson, IL 62454

**Defendant's Attorney:**

08CV604
JUDGE ZAGEL
MAGISTRATE JUDGE COLE

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff

☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**Origin:**

☑ 1. Original Proceeding

☐ 2. Removed From State Court

☐ 3. Remanded From Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred From Other District

☐ 6. MultiDistrict Litigation

☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes    ☑ No

**Signature:** *A. E. Woodham*    **Date:** 01/28/2008