Harold Robinson
N-71459
Shawnee Correctional Center
6605 Route 146 E
Vienna, IL 62995

Feb. 22, 08

FILED #
FEB 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08C 0604

Judge ZAGEL

MAGISTRATE

To whom it may concern:

On Feb. 05, 2008 while at Robinson Judge Cole Correctional Center I Harold Robinson was placed in segregation and went to Shawnee Correctional Center on Feb. 20, 2008. While at Robinson Correctional Center Segregation I was not allowed my corresponding box. It wasn't until arriving at Shawnee Correctional Center on Feb. 20, 2008 and after in inspection was done that I received parts of my property on Feb. 22, 2008. With all said, after reading documents I read where I am to keep the court informed of my current address. In light of my situation, I ask that all further documents assigned case number 08C 0604 be sent to the above address. Thank you very much.

Sincerely
Harold Robinson
N-71459