# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of: | Case No: | 08 CV 0604 |
|---|---|---|
| Harold Robinson | | |
| v. Michael Sheahan, Tom Dart | | |
| | U.S. District Judge: | James B. Zagel |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Michael F. Sheahan and Thomas J. Dart

SIGNATURE  /s/ Francis J. Catania  ARDC# 6203188

FIRM  COOK COUNTY STATE'S ATTORNEY'S OFFICE

STREET ADDRESS  RICHARD J. DALEY CENTER, 50 W. WASHINGTON ST, Room 500

CITY/STATE/ZIP  CHICAGO, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| # 06203188 | (312) 603-6572 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐