**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| HAROLD ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0604 |
| | ) | |
| THOMAS J. DART, et al., | ) | Hon. Judge JAMES B. ZAGEL |
| | ) | Room 2503 |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR**
**OTHERWISE PLEAD**

NOW COME Defendants, by their attorney RICHARD A. DEVINE, State's Attorney of

Cook County, through his assistant, Francis J. Catania, and, pursuant to Rule 6(b) of the Federal

Rules of Civil Procedure (FRCP), states as follows:

1)   Assistant State's Attorney Francis J. Catania was assigned to this case on or about
     February 29, 2008.

2)   Plaintiff alleges in this suit that the Sheriff of Cook County and his employees
     committed violations of plaintiff's Civil Rights.

3)   The undersigned was away on vacation when the matter was assigned.

3)   Certain documents are necessary to prepare a proper answer or other pleading to
     Plaintiff's allegations in his complaint.

4)   These documents have been requested from several entities, including those not in
     the control of the defendants and will not be received for at least 28 days.

5)   It is anticipated that these documents may assist in early resolution of the matters
     before the court.

6)   Defendants are not being dilatory in their obligations by making this motion and
     no prejudice will be caused to plaintiff if an enlargement of time was granted.

**WHEREFORE YOUR DEFENDANTS PRAY:**

1.   That this Honorable Court grant an enlargement of time, up to and including April

2, 2008 for the Defendants to answer or otherwise plead;

2.      That this Honorable Court grants any other relief it deems just.

Respectfully Submitted,

RICHARD A. DEVINE
State's Attorney of Cook County

By:     /s/ Francis J. Catania
        Francis J. Catania

Francis J. Catania #ARDC 6203188
RICHARD A. DEVINE
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572