HAROLD ROBINSON (#N-71459)
SHAWNEE CORRECTIONAL CENTER
6665 ROUTE 146 EAST
VIENNA, IL. 62995

MAR 25 2008

**FILED**

MAR 25 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To whom it may concern, (08C604)

I was instructed by the United States District Court, Northern District of Illinois to clarify within twenty-one (21) days whether I intended to pursue my own independent lawsuit or file a claim in the currently pending class action Jackson v. Sheriff of Cook County, et al., Case No. 06 C 0493.

If it pleases the court, I would like to "opt out" of Jackson v. Sheriff of Cook County and pursue my own separate independent lawsuit with the Honorable Judge James B. Zagel Case No. 08 C 0604 Case Title Harold Robinson (#N-71459) vs. Michael Sheahan, et al. Thank you, very much.

Respectfully yours,

Harold Robinson
(#N-71459)

Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 0604 | DATE | MAR 11 2008 |
| CASE TITLE | Harold Robinson (#N-71459) vs. Michael Sheahan, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff is directed to notify the court within twenty-one days whether he wishes to pursue a lawsuit separately and independently from pending class action *Jackson v. Sheriff of Cook County, et al.*, Case No. 06 C 0493 (N.D. Ill.). Failure to respond within twenty-one days of the date of this order will result in summary dismissal of this case, without prejudice to filing a claim in *Jackson, supra.*

■ [For further details see text below.]                                    Docketing to mail notices.

## STATEMENT

The plaintiff, currently a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, officials at the Cook County Jail, violated the plaintiff's constitutional rights by subjecting him to multiple illegal searches and seizures. More specifically, the plaintiff alleges that following arrests on eight occasions between March 1987 and August 2000, he was required to submit to a non-consensual test for sexually transmitted diseases that involved the insertion of a cotton swab into his penis.

As the court noted in its previous order, the plaintiff's claim is the subject of a class action lawsuit currently pending before Judge Coar of this district. *See Jackson v. Sheriff of Cook County, et al.*, Case No. 06 C 0493 (N.D. Ill.). Before pursuing this independent action, the plaintiff may wish to contact class counsel in *Jackson*, attorney Kenneth N Flaxman / Kenneth N. Flaxman, P.C. / 200 S. Michigan Avenue, Suite 1240 / Chicago, Illinois 60604-6107 / (312) 427-3200. The court takes judicial notice that Judge Coar recently extended the deadline for filing claims in that class action. *See* Minute Order of December 6, 2007. It is possible that the plaintiff intended to file a claim form in Case No. 06 C 0493 rather than opting out of the class and litigating his own, separate lawsuit. If that is the case, then the plaintiff should <u>so advise the court.</u>

The plaintiff is directed to clarify within twenty-one days whether he intended to pursue an <u>independent lawsuit</u> separate from pending class action *Jackson v. Sheriff of Cook County, et al.*, Case No. 06 C 0493 (N.D. Ill.), or whether he simply intended to file a claim in the class action. Failure to respond within twenty-one days of the date of this order will result in summary dismissal of this case, without prejudice to filing a claim in *Jackson, supra.*

mjm

Page 1 of 1