



**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Robinson Correctional Center / 13423 E. 1150th Ave., / P.O. Box 1000 / Robinson, IL 62454 / Telephone: (618) 546-5659 / TDD: (800) 526-0844

March 17, 2008

MAR 2 4 2008   **FILED**

MAR 2 4 2008

Clerk, United States District Court
219 S Dearborn St
Chicago, IL 60604

08C604

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

As requested by your office, notice is hereby given of a change of address for Harold Robinson. Mr. Robinson, Inmate N71459, Case 08 C 0604, was transferred from Robinson Correctional Center to Shawnee Correctional Center on February 20, 2008. His forwarding address is Shawnee Correctional Center, 6665 Rt 146 East, Vienna, IL 62995. Please notify Shawnee Correctional Center of their obligation concerning this case.

This inmate was not at Robinson Correctional Center long enough to remit money as required in the judgment.

If you have any questions, please contact me at extension 5402.

Sincerely,

John Anderson

John Anderson, Business Administrator
Robinson Correctional Center

CC: Warden Weger
    Pam Bell
    File