# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES B. ZAGEL | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0604 | **DATE** | 4/1/08 |
| **CASE TITLE** | Harold Robinson (#N-71459) vs. Michael Sheahan, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff has confirmed that he wishes to pursue a lawsuit separately and independently from pending class action *Jackson v. Sheriff of Cook County, et al.*, Case No. 06 C 0493 (N.D. Ill.). This case will therefore proceed. The plaintiff is reminded of basic filing requirements: (1) he must provide the court with the original plus a judge's copy of every document filed; and (2) he must provide a certificate of service with every document filed showing that a copy was mailed to all opposing counsel of record. The clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court may strike without considering any document filed that does not comport with these basic rules.

■ [**Docketing to mail notices.**]

mjm