UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HAROLD ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0604 |
| | ) | |
| THOMAS J. DART, et al., | ) | Hon. Judge JAMES B. ZAGEL |
| | ) | Room 2503 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   SERVICE LIST

PLEASE TAKE NOTICE that on April 7, 2008 at 10:15 a.m., I shall appear before the Honorable Judge James B. Zagel in the courtroom usually occupied by him, Room 2503 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached MOTION TO DISMISS THE COMPLAINT AS UNTIMELY.

                            RICHARD A. DEVINE
                            State's Attorney of Cook County

            By:   /s/ Francis J. Catania
                      Francis J. Catania, Attorney for Defendants

RICHARD A. DEVINE
FRANCIS J. CATANIA **ARDC# 6203188**
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Room 500
Chicago, IL 60602
(312) 603-6572

CERTIFICATE OF SERVICE

    I, Francis J. Catania, Assistant State's Attorney, certify that I served this notice and referenced motion attached in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois & pursuant to LR 5.9 some parties are not ECF filing users and have been served with this notice and motion by U.S. Mail (see service List) placing it in the mail at 500 Richard J. Daley Center before 4:00 p.m. on April 1, 2008.

                             /s/ Francis J. Catania
                          Francis J. Catania, Attorney for Defendants

**SERVICE LIST**

Harold Robinson N71459
Shawnee Correctional Center
**6665 Route 146 East**
**Vienna, IL 62995**