UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Harold Robinson
                      Plaintiff,

v.                                                  Case No.: 1:08−cv−00604
                                                        Honorable James B. Zagel

Micheal Sheean, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 7, 2008:

      MINUTE entry before Judge Honorable James B. Zagel:Motion hearing held on 4/7/2008. Motion to dismiss as untimely [20] is granted. Plaintiff is given until 6/2/2008 to tell the court why this dismissal should not count as a dismissal under 28 U.S.C. § 1915(g). Civil case terminated. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.