UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

HAROLD ROBINSON (N-71459),
PLAINTIFF

vs.

MICHAEL SHEAHAN ET AL.,
DEFENDANTS

CASE NO. 08 C 0604

HONORABLE: JAMES B. ZAGEL

FILED
APR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION TO STRIKE, DEFENDANTS MOTION TO DISMISS

1. Now comes HAROLD ROBINSON respectfully requesting this court to strike Defendant's "Motion To Dismiss." Plaintiff is relying on Local Rules of Civil Procedure; under, "Is there a time limit for filing my complaint. Believably; #8 that comes with the Pre-Printed Civil 1983 Suit Claim Package. It states, Yes, if the claimed injury occurred during your imprisonment, you must file your suit within two years after your release from prison." END QUOTE.

2. Plaintiff Constitutional Rights were violated specifically in Aug. 4th of 2000, which has been one continuous incarceration to this point.

3. In addition Plaintiff only recently became aware his constitutional rights were violated IV and XIV (specifically) when through word of mouth, and a law clerk, in Robinson C.C. that I was wronged by Cook County.

4. Under CASTELLO v. KALIS cite as 287 Ill. Dec 815, 816, N.E. 2d 782 (Ill. App. 1 District. 2004) on page 821, [3,4]; "it clearly states; The "Discovery Rule" applies to section 13-202 of the Code and has the effect of postponing the commencement of the statute of limitations" until the injured plaintiff knows or reasonably should know that he has been injured and that his injury was wrongfully caused." Golla v. General Motors Corp., 167 Ill. 2d 353, 360-61, 212 Ill. Dec. 549, 657 N.E. 2d 894 (1995)

Wherefore plaintiff prays this Honorable Court strike defendant's "Motion to Dismiss."

Respectfully Submitted

/s/ _Harold Robinson (N-71459)_

Harold Robinson (N-71459)
Shawnee Correctional Center
6665 Route 146 East
Vienna, IL. 62995

## Certificate of Service

I Harold Robinson (N-71459), swear under penalty of perjury that I served a copy of the attached "Motion to Strike" on April 11, 2008

To: Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street
Chicago, IL. 60604

Richard A. Devine
To: Francis J. Catania ARDC #6203188
Cook County State's Attorney
Richard J. Daley Center
50 W. Washington Street, Rm. 500
Chicago, IL. 60602

By placing it in the U.S. mail at the Shawnee Correctional Center on, April 11, 2008

/s/ _Harold Robinson (N-71459)_